IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BIKKAR SINGH,** | Case No. 2:16-cv-2250 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **RON DAVIS,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's reply to Petitioner's opposition to motion to dismiss be filed on or before March 18, 2017.

Dated: February 21, 2017

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE