UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIKKAR SINGH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON DAVIS, Warden,<br><br>　　　　Respondent. | No. 2:16-cv-2250 MCE GGH<br><br><br>ORDER |

On July 20, 2017 the petition in this litigation was dismissed and judgment entered by the District Court. ECF No. 19. A Certificate of Appealability was denied. On August 14, 2017 petition filed a Notice of Appeal which contained it its text request for a Certificate of Appealability and appointment of counsel to assist in his appeal. EC No. 21. The requests appear to be addressed to this court, rather than the Court of Appeals. A Certificate of Appeal has been denied by this court, and petitioner is advised to seek further relief from the Court of Appeal.

If it was indeed petitioner's intent to seek other relief from this court, he is advised that once a Notice of Appeal is filed, jurisdiction becomes vested in the Court of Appeals and this Court cannot address further requests for action. See In re Padilla, 222 F.3d 1184, 1190 (9th Cir. 2000); Lopez v. Newport Beach Police Department, 2017 WL 729800 (C.D. Cal. 2/27/17). Petitioner may, therefore, file motions with the Appellate Court, but not with this court.

////

Good cause appearing therefor, IT IS HEREBY ORDERED that:

1. Petitioner's requests for a Certificate of Appealability and Appointment of Counsel will not be addressed by this Court as it no longer has jurisdiction.

2. Petitioner may address his requests for relief to the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED**.

Dated: August 21, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE